**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- x

**DR. MASHIACH C. LASSITER,**

**Plaintiff,**

**-against-**

**KIRKUS MEDIA, LLC,**

**Defendant.**

---------------------------------------------------------- x

**26-CV-04672 (ALC)**

**ORDER TO SHOW CAUSE**

**ANDREW L. CARTER, JR., United States District Judge:**

On June 6, 2026, Plaintiff filed a complaint against Defendant Kirkus Media, LLC, initiating this action. *See* ECF No. 1. In the complaint, Plaintiff alleges diversity jurisdiction under 28 U.S.C. § 1332(a). *See id*. Specifically, Plaintiff alleges they are a citizen of Alabama while Kirkus Media, LLC maintains an editorial office in New York. *See id*. Plaintiff's complaint notes that "Plaintiff presently lacks access to Defendant's complete LLC membership tree and requests limited jurisdiction discovery if the Court requires exact member-by-member citizenship." *See id*. On September 10, 2026, Defendant put in a notice of appearance in this action. *See* ECF No. 12. For purposes of determining citizenship, a limited liability company or other unincorporated business entity is not the same as a corporation. A limited liability company takes on the citizenship of each of its members. *See Bayerische Landesbank, NY Branch v. Aladdin Capital Management LLC*, 692 F.3d 42, 49 (2d Cir. 2012). Therefore, it is hereby **ORDERED** that the parties show cause in writing as to why this case should not be dismissed for failure to properly allege subject matter jurisdiction. Such responses are due by **October 9, 2026.** Any replies are due by **October 16, 2026.**

**SO ORDERED.**

**Dated: September 25, 2026**

**New York, New York**



**ANDREW L. CARTER, JR.**
**United States District Judge**