**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **DR. MASHIACH C. LASSITER,** | : | |
| **Plaintiff,** | : | **26-cv-04672 (ALC)** |
| **-against-** | : | **ORDER** |
| **KIRKUS MEDIA, LLC,** | : | |
| **Defendant.** | : | |

**ANDREW L. CARTER, JR., United States District Judge:**

On June 2, 2026, Plaintiff filed the Complaint in this action. On October 9, 2026, Defendant requested a pre-motion conference for their anticipated motion to dismiss. Plaintiff is **ORDERED** to respond to this request by **October 26, 2026**.

**SO ORDERED.**

**Dated: October 21, 2026**
**New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**